McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000



FILED

JUL 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | 01: 06-SW-14 DLB |
| 360 BETHEL AVENUE, APT. 210 SANGER, CALIFORNIA 93657 | ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on January 25, 2006, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED:  7/14/2006                        _____
                                          UNITED STATES MAGISTRATE JUDGE